STATE OF NEW JERSEY v. THOMAS DELUSSEY.

March 27, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. SIGFREDO MELENDEZ COLON.

March 27, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY ROBERT LORRAINE.

March 27, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MORRIS ZUDICK.

March 27, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MARTHA BARRETT.

March 27, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE PETER BELLUCCI.

March 27, 1979.   Petition for certification granted.   (See 165 *N.J.Super.* 294)